**Order entered December 23, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01214-CV

### STRUCSURE HOME WARRANTY, LLC, Appellant

### V.

### DANICA MATHES, ET AL., Appellees

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-13529**

## ORDER

Before the Court is appellant's December 22, 2022 unopposed second motion for an extension of time to file its opening brief. We **GRANT** the motion and extend the time to **December 29, 2022**. We caution appellant that further extension requests will be disfavored.

/s/    KEN MOLBERG
       JUSTICE